Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin M. Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

Attorney for Matthew Smith

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| United States of America, | Case No. 2:20-cr-00140-JCM-VCF |
|---|---|
| Plaintiff, | **First stipulation to continue change of plea hearing** |
| v. | |
| Matthew Smith, | |
| Defendant. | |

    The parties jointly request that this Court vacate the change of plea scheduled for October 9, 2020, and continue it for at least 14 days because:

    1.    The USMS informed defense counsel that Smith has tested positive for COVID-19, and he was unable to attend his video visit with undersigned on October 7, 2020, as a result.

    2.    This continuance is necessary so that Smith can recover from his illness before entering his plea.

    3.    Smith is in custody and agrees to the continuance.

DATED: October 8, 2020.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Travis Leverett*<br>By_____<br>Travis Leverett<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Matthew Smith,<br><br>    Defendant. | Case No. 2:20-cr-00140-JCM-VCF<br><br>**Order granting first stipulation to continue change of plea hearing** |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the change of plea currently scheduled for October 9, 2020, for at least 14 days. The additional time is to allow Smith to recover from COVID-19 before entering his guilty plea and not for purposes of delay. Smith is in custody and agrees to the continuance. Accordingly,

IT IS HEREBY ORDERED that the change of plea currently scheduled for October 9, 2020, at 10:30 a.m. is VACATED and RESET to <u>Nov. 13</u>, 2020 at <u>11:00 A.M.</u>

DATED this 9th day of October, 2020.

_____
James C. Mahan
United States District Judge

3