RECEIVED / ENTERED / SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 13 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW ROBERT SMITH,<br><br>Defendant. | Case No. 2:20-cr-00140-JCM-VCF<br><br>**WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING** |

I understand that I have a right to appear in person in court at the Waiver of an Indictment and Change of Plea proceeding in this case scheduled for November 13, 2020. I have been advised of the nature of this proceeding and my right to appear in person at this proceeding. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

Understanding my right to appear in person at this proceeding, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

/s/ Erin Gettel for Matt Smith /s/_11/6/20_

Defendant's Signature          (date)

_/s/ Erin Gettel_____11/6/20____

Signature of Defendant's Attorney    (date)

_Erin Gettel_____

Printed Name of Defendant's Attorney

[Judge's Signature]  4/13/2020
Judge's Signature          (date)

James C. Mahan USDJ
Judge's Printed Name and Title