Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville Ave.
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     v.<br><br>Matthew Smith,<br><br>          Defendant. | Case No.  2:20-cr-00140-JCM-VCF<br><br>**First Stipulation to Continue Sentencing Hearing** |

The parties jointly request that this Court vacate the February 12, 2021, sentencing hearing and continue it for at least 90 days because:

1.    Defense counsel will be out of the district during the currently scheduled hearing date and needs additional time to prepare for sentencing.

2.    Smith is in custody and agrees to the continuance.

DATED: February 2, 2021.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
| */s/ Erin Gettel*<br>By:_____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Shaheen Torgoley*<br>By:_____<br>Shaheen Torgoley<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>v.<br><br>Matthew Smith,<br><br>      Defendant. | Case No. 2:20-cr-00140-JCM-VCF<br><br>**Order Granting First Stipulation to Continue Sentencing Hearing** |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the sentencing hearing.

IT IS THEREFORE ORDERED that the sentencing currently scheduled for February 12, 2021, at 10:30 a.m., is vacated and continued to __May 14__, 2021, at __10:30__ a.m.

DATED: February 3, 2021.

_James C. Mahan_
James C. Mahan
United States District Judge