Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville Ave.
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>   v.<br><br>Matthew Smith,<br><br>       Defendant. | Case No.  2:20-cr-00140-JCM-VCF<br><br>**Second Stipulation to Continue Sentencing Hearing** |

The parties jointly request that this Court vacate the May 14, 2021, sentencing hearing and continue it for at least 90 days because:

    1.    Smith has related cases pending in state court that he wishes to resolve before his federal sentencing, if possible.

    2.    Smith is in custody and agrees to the continuance.

DATED: April 27, 2021.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Christopher Chiou<br>Acting United States Attorney |
| */s/ Erin Gettel*<br>By:_____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Shaheen Torgoley*<br>By:_____<br>Shaheen Torgoley<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Matthew Smith,<br><br>　　　　Defendant. | Case No. 2:20-cr-00140-JCM-VCF<br><br>**Order Granting Second Stipulation to Continue Sentencing Hearing** |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the sentencing hearing.

IT IS THEREFORE ORDERED that the sentencing currently scheduled for May 14, 2021, at 10:30 a.m., is vacated and continued to August 27, 2021, at 10:30 a.m.

DATED: April 29, 2021.

_____
James C. Mahan
United States District Judge

2