Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville Ave.
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     v.<br><br>Matthew Smith,<br><br>          Defendant. | Case No.  2:20-cr-00140-JCM-VCF<br><br>**Third Stipulation to Continue Sentencing Hearing** |

The parties jointly request that this Court vacate the August 27, 2021, sentencing hearing and continue it for at least 60 days because:

1.   Smith has related cases pending in state court that he wishes to resolve before his federal sentencing, if possible.

2.   Smith is in custody and agrees to the continuance.

DATED: August 9, 2021.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Christopher Chiou<br>United States Attorney |
|    */s/ Erin Gettel*<br>By:_____<br>   Erin Gettel<br>   Assistant Federal Public Defender |    */s/ Shaheen Torgoley*<br>By:_____<br>   Shaheen Torgoley<br>   Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Matthew Smith,<br><br>　　　　Defendant. | Case No.  2:20-cr-00140-JCM-VCF<br><br>**Order Granting Third Stipulation to Continue Sentencing Hearing** |

　　Based on the stipulation of counsel, the Court finds that good cause exists to continue the sentencing hearing.

　　IT IS THEREFORE ORDERED that the sentencing currently scheduled for August 27, 2021, at 10:30 a.m., is vacated and continued to <u>November 5</u>, 2021, at <u>11:00 a.m</u>.

　　DATED:  August 11, 2021.

　　　　　　　　　　　　　　　　　　　　／s／ James C. Mahan
　　　　　　　　　　　　　　　　　　　　James C. Mahan
　　　　　　　　　　　　　　　　　　　　United States District Judge