

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
SHAHEEN P. TORGOLEY
Assistant United States Attorney
U.S. Department of Justice
shaheen.torgoley@usdoj.gov
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
*Counsel for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>MATTHEW SMITH,<br><br>            Defendant. | Case No. 20-CR-140-JCM<br><br>**Government's Motion to Unseal Docket** |

The United States of America, by and through Shaheen Torgoley, Assistant United States Attorney, respectfully moves this Court to unseal the docket in this matter at the Court's earliest convenience. The matter likely remained sealed due to oversight by the government during a previous Court proceeding. Mr. Smith's counsel is also unable to access the Court docket.

Dated this the 4th day of October, 2021.

Respectfully Submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

*Shahenn Torgoley*
SHAHEEN P TORGOLEY
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MATTHEW SMITH,<br><br>          Defendants. | Case No. 2:20-cr-140-JCM<br><br>**ORDER TO UNSEAL DOCKET** |

Based on the Motion of the Government, and good cause appearing therefore, it is hereby ordered that the Court docket in the above-captioned case shall be unsealed.

IT IS SO ORDERED.

DATED this 5th day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

2